UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WHIDBEY ISLAND BANK, a banking corporation,

    Plaintiff,

v.

DUNES MOTEL, INC., a Washington corporation,

    Defendant.

CASE NO. C12-5747 BHS

ORDER REMANDING CASE

This matter comes before the Court on Defendants' notice of removal (Dkt. 1).

On August 2, 2012, Plaintiff filed a petition for appointment of custodial receiver in the Kitsap County Superior Court for the State of Washington. Dkt. 1–5. Plaintiff alleges that Defendant is in default of a Deed of Trust and requests that the state court appoint a receiver to take possession of Defendant pursuant to RCW 7.60.015. *Id*.

If at any time before final judgment it appears that the district court lacks subject matter jurisdiction, the case shall be remanded. 28 U.S.C. § 1447(c).

ORDER - 1

1 | The Court does not have jurisdiction over this receivership action. There is no
2 | federal subject matter jurisdiction because the action is brought pursuant to a state statute.
3 | There is no diversity jurisdiction because both parties are citizens of Washington.
4 | Therefore, the Court **REMANDS** this action to state court.
5 | **IT IS SO ORDERED.**
6 | Dated this 24th day of August, 2012.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER - 2